UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LYNDA JEANETTE HENSLEY | CIVIL CASE NO. 18-0653 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is **AFFIRMED** in its entirety, and therefore, this matter is hereby **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in Chambers, at Shreveport, Louisiana, this 14th day of August, 2019.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT